IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.   Case No. 4:14-cr-00094-8

MILENA DEL CARMEN HERNANDEZ
ORTEGA, RASIEL GUTIERREZ MORENO
AND RAFAEL MENDOZA,

DEFENDANT

### DEFENDANT MILENA DEL CARMEN HERNANDEZ ORTEGA'S MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE

TO THE HONORABLE LYNN N. HUGHES:

The Defendant in the above styled and numbered cause, Milena Del Carmen Hernandez Ortega, under the Fourth and Sixth Amendments to the United States Constitution, respectfully moves the Court for an order suppressing evidence illegally seized from the Defendant. In support of this motion, Milena Del Carmen Hernandez Ortega would show the Court as follows:

**I.**

Defendant has been charged with the offense of Conspiracy to commit sex trafficking, sex trafficking of children or by force, fraud or coercion.

The actions of the government violated the Defendant's rights in that:

Any tangible evidence seized in connection with this search and seizure, including but not limited to the item listed above, was seized unlawfully and should be suppressed.

**II.**

A hearing on this motion is respectfully requested.

Milena Del Carmen Hernandez Ortega prays that the Court enter an order suppressing the evidence listed above.

Respectfully Submitted,

/s/ Carlos Rodriguez
Carlos Rodriguez
Texas State Bar Number:  24027788
Romero and Associates
3601 Navigation Boulevard
Houston, Texas 77003
Telephone: (713) 221-1777
Fax: (713) 221-1776

Attorney for the Defendant,
Milena Del Carmen Hernandez Ortega

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Milena Del Carmen Hernandez Ortega's Motion to Suppress Illegally Seized Evidence was delivered to all parties in accordance with the United States Code of Criminal Procedure on the 13th day of May, 2019.

/s/ Carlos Rodriguez
Carlos Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.             Case No. 4:18-cr-00693-2

MILENA DEL CARMEN HERNANDEZ
ORTEGA, RASIEL GUTIERREZ MORENO
AND RAFAEL MENDOZA,

    DEFENDANT

**ORDER ON DEFENDANT MILENA DEL CARMEN HERNANDEZ ORTEGA'S MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE**

Defendant Milena Del Carmen Hernandez Ortega's Motion to Suppress Illegally Seized Evidence is hereby:

_____ GRANTED

_____ DENIED

Signed in Houston, Texas on this the \_\_\_\_\_ day of _____ 2019.

_____
LYNN N. HUGHES
United States District Judge